IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LUJAN,

      Plaintiff,                                        No. CIV S-12-0007 MCE CKD PS

    vs.

CHASE BANK, et al.,

      Defendants.                      ORDER TO SHOW CAUSE

                                          /

        Plaintiff is proceeding in this action pro se. The complaint filed by plaintiff alleges a variety of state law claims. Plaintiff also alleges his "civil constitutional rights" were violated. However, defendants do not appear to be state actors and therefore a claim under the Civil Rights Act, 42 U.S.C. § 1983, cannot lie.

        The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. There is no basis for federal subject matter jurisdiction evident in the complaint.

////

////

////

////

1 | Accordingly, IT IS HEREBY ORDERED that no later than January 30, 2012, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated: January 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 lujan.nosmj.osc