IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LUJAN,

    Plaintiff,                              No. CIV S-12-0007 MCE CKD PS

    vs.

CHASE BANK, et al.,                       ORDER AND

    Defendants.                       FINDINGS AND RECOMMENDATIONS

/

        Plaintiff is proceeding in this action pro se.[1]  This proceeding was referred to this court by Local Rule 302(c)(21).

        The complaint filed by plaintiff alleges a variety of state law claims.  Plaintiff also alleges his "civil constitutional rights" were violated.  However, defendants do not appear to be state actors and therefore a claim under the Civil Rights Act, 42 U.S.C. § 1983 cannot lie.

        By order filed January 10, 2012, plaintiff was ordered to show cause no later than January 30, 2012 why this action should not be dismissed for lack of subject matter jurisdiction.  Although plaintiff filed a "Rule 17" motion, that motion is nonresponsive to the order to show

---

[1] Plaintiff filed an application to proceed in forma pauperis. Dkt. no. 2.  In that application, plaintiff indicates he received a "medical settlement check" in the past twelve months but does not state the amount of that check, nor does plaintiff indicate whether he still retains assets from that settlement.  In light of the court's recommendation that this action be dismissed, the court will take no further action on plaintiff's application to proceed in forma pauperis.

cause. There being no evident basis for subject matter jurisdiction, the court will recommend that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Rule 17 motion (dkt. no. 4) is denied; and

IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 lujan.nosmj.57