1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL LUJAN,

11             Plaintiff,                    No. CIV S-12-0007 MCE CKD PS

12        vs.

13
     CHASE BANK, et al.,                     ORDER AND
14
              Defendants.                    FINDINGS AND RECOMMENDATIONS
15   _____/

16             Plaintiff is proceeding in this action pro se.[1]  This proceeding was referred to this

17   court by Local Rule 302(c)(21).

18             The complaint filed by plaintiff alleges a variety of state law claims.  Plaintiff also

19   alleges his "civil constitutional rights" were violated.  However, defendants do not appear to be

20   state actors and therefore a claim under the Civil Rights Act, 42 U.S.C. § 1983 cannot lie.

21             By order filed January 10, 2012, plaintiff was ordered to show cause no later than

22   January 30, 2012 why this action should not be dismissed for lack of subject matter jurisdiction.

23   Although plaintiff filed a "Rule 17" motion, that motion is nonresponsive to the order to show

24   _____

25        [1] Plaintiff filed an application to proceed in forma pauperis.  Dkt. no. 2.  In that
     application, plaintiff indicates he received a "medical settlement check" in the past twelve
26   months but does not state the amount of that check, nor does plaintiff indicate whether he still
     retains assets from that settlement.  In light of the court's recommendation that this action be
     dismissed, the court will take no further action on plaintiff's application to proceed in forma
     pauperis.

1   cause.  There being no evident basis for subject matter jurisdiction, the court will recommend

2   that this action be dismissed.

3              Accordingly, IT IS HEREBY ORDERED that the Rule 17 motion (dkt. no. 4) is

4   denied; and

5              IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

6   subject matter jurisdiction.

7              These findings and recommendations will be submitted to the United States

8   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

9   fourteen days after being served with these findings and recommendations, plaintiff may file

10  written objections with the court.  The document should be captioned "Objections to Magistrate

11  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

12  within the specified time may waive the right to appeal the District Court's order.  Martinez v.

13  Ylst, 951 F.2d 1153 (9th Cir. 1991).

14   Dated: February 2, 2012

15                                          _____
                                           CAROLYN K. DELANEY
16                                          UNITED STATES MAGISTRATE JUDGE

17

18  4 lujan.nosmj.57

19

20

21

22

23

24

25

26